**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Holly Gail Crampton v. Susan Morgan Farris

Appellate case number:    01-18-00432-CV

Trial court case number:  183,601-A-1

Trial court:              30th District Court of Wichita County

Date motion filed:        January 27, 2020

Party filing motion:      appellant, Holly Gail Crampton

It is so ordered that Appellant's Motion for Rehearing and Motion for Reconsideration En Banc is DENIED.

Judge's signature:    ___/s/ Richard Hightower_____
                      Acting for the Court

The panel consists of Justices Kelly, Hightower, and Countiss.

The en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date:   __March 24, 2020_____